DORSEY & WHITNEY LLP
Patricia A. Welch (Cal. Bar No. 127889)
Email: welch.patricia@dorsey.com
305 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

DORSEY & WHITNEY LLP
Peter M. Lancaster (*pro hac vice* pending)
Email: lancaster.peter@dorsey.com
J. Thomas Vitt (*pro hac vice* pending)
Email: vitt.thomas@dorsey.com
Forrest Tahdooahnippah (*pro hac vice* pending)
Email: forrest@dorsey.com
David A. Couillard (*pro hac vice* pending)
Email: couillard.david@dorsey.com
50 South Sixth Street, Suite 1500,
Minneapolis, MN 55402-1498
Telephone:    (612) 340-2600
Facsimile:    (612) 340-2868

Attorneys for Defendant OPTUMINSIGHT, INC.

Holly A. House (SB# 136045)
hollyhouse@paulhastings.com
Sophie J. Sung (SB# 279056)
sophiesung@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100

Richard L. Brophy (*pro hac vice* pending)
rbrophy@armstrongteasdale.com
David W. Harlan (*pro hac vice* pending)
dharlan@armstrongteasdale.com
Charles W. Steese (*pro hac vice* pending)
csteese@armstrongteasdale.com
Mark A. Thomas (*pro hac vice* pending)
mathomas@armstrongteasdale.com
Zachary C. Howenstine (*pro hac vice* pending)
zhowenstine@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd. Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile:  (314) 621-5065


Attorneys for Plaintiff
CAVE CONSULTING GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OPTUMINSIGHT, INC., <br><br> Defendant. | CASE NO. 3:15-CV-03424-JCS <br><br> **JOINT STIPULATION EXTENDING TIME FOR OPTUMINSIGHT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

-2-

1  Pursuant to Civil Local Rule 6-1, Plaintiff Cave Consulting Group, Inc. ("CCGroup") and
2  Defendant OptumInsight, Inc. ("OptumInsight"), by their undersigned attorneys, hereby stipulate to
3  extending the time for OptumInsight to answer or otherwise respond to the Complaint in this matter.
4  WHEREAS, CCGroup filed its Complaint in this matter on July 24, 2015 (Dkt. 1);
5  WHEREAS, CCGroup served OptumInsight with its Summons and Complaint on July 27,
6  2015 (Dkt. 9);
7  WHEREAS, the current deadline for OptumInsight to answer or otherwise respond to the
8  Complaint is 21 days from the date of service, which is August 17, 2015 (*see* Fed. R. Civ. P.
9  12(a)(1));
10  WHEREAS, counsel for both parties have conferred and agree that OptumInsight may have
11  an extension of time until September 16, 2015 to answer or otherwise respond to the Complaint;
12  WHEREAS, the parties do not anticipate that this extension will alter the date of any event or
13  any deadline already fixed by Court order;
14  IT IS HEREBY STIPULATED by and between the parties that the time for OptumInsight to
15  answer or otherwise respond to the Complaint in this matter is extended to **September 16, 2015**.

16  DATED: August 13, 2015                DORSEY & WHITNEY LLP

19                                         By:      */s/ Patricia A. Welch*
                                                Peter M. Lancaster
                                                J. Thomas Vitt
20                                              Patricia A. Welch
                                                Forrest Tahdooahnippah
21                                              David A. Couillard

22                                         Attorneys for Defendant OPTUMINSIGHT, INC.

| | | |
|---|---|---|
| 1 | DATED:  August 13, 2015 | ARMSTRONG TEASDALE LLP |

By: _____*/s/ Richard L. Brophy*_____
      Richard L. Brophy
      David W. Harlan
      Charles W. Steese
      Mark A. Thomas
      Zachary C. Howenstine

PAUL HASTINGS LLP
Holly A. House
Sophie J. Sung

Attorneys for Plaintiff
CAVE CONSULTING GROUP, INC.

Dated: 8/14/15

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

**ATTESTATION OF ELECTRONIC SIGNATURES**

    Pursuant to Local Rule of Practice in Civil Proceedings 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the signatories.

DATED:  August 13, 2015        DORSEY & WHITNEY LLP

By: _____*/s/*_____
    PATRICIA A. WELCH

-3-

JOINT STIPULATION EXTENDING TIME FOR OPTUMINSIGHT
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT      CASE NO. 3:15-CV-03424-JCS