1 | Holly A. House (SB# 136045)
hollyhouse@paulhastings.com
2 | Sophie J. Sung (SB# 279056)
sophiesung@paulhastings.com
3 | PAUL HASTINGS LLP
55 Second Street
4 | Twenty-Fourth Floor
San Francisco, CA 94105-3441
5 | Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Richard L. Brophy (*pro hac vice*)
7 | rbrophy@armstrongteasdale.com
David W. Harlan (*pro hac vice*)
8 | dharlan@armstrongteasdale.com
Charles W. Steese (*pro hac vice*)
9 | csteese@armstrongteasdale.com
Mark A. Thomas (*pro hac vice*)
10 | mathomas@armstrongteasdale.com
Zachary C. Howenstine (*pro hac vice*)
11 | zhowenstine@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
12 | 7700 Forsyth Blvd. Suite 1800
St. Louis, MO 63105
13 | Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Attorneys for Plaintiff
15 | CAVE CONSULTING GROUP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAVE CONSULTING GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OPTUMINSIGHT, INC., <br><br> Defendant. | Case No. 3:15-cv-03424 <br><br> **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE A REPLY** <br><br> Date: November 6, 2015 <br> Time: 9:30 a.m. <br> Location: Courtroom G <br> Judge: Hon. Joseph C. Spero |

Pursuant to Civil L.R. 6-1, the parties stipulate to an extension of nine days, up to and including October 9, 2015, for Plaintiff Cave Consulting Group, Inc. to file its Opposition to Defendant OptumInsight, Inc.'s Motion to Dismiss.  In addition, the parties stipulate to an extension of seven days, up to and including October 23, 2015, for Defendant OptumInsight, Inc. to file its Reply in Support of its Motion to Dismiss.

Defendant's Motion to Dismiss was filed on September 16, 2015.  Plaintiff's deadline for responding to the Motion, without the extension, is therefore September 30, 2015.  Defendant's deadline for filing a reply, without the extension, is seven days after the Plaintiff's opposition is due.  Civil L.R. 7-3.

These extensions will not alter the date of any event or any deadline already fixed by Court Order.  The hearing on Defendant's Motion to Dismiss and the Case Management Conference are currently scheduled for November 6, 2015.

Accordingly,

IT IS HEREBY STIPULATED by and between the parties that the time for Plaintiff to file its Opposition to Defendant's Motion to Dismiss is extended to **October 9, 2015**, and the time for Defendant to file its Reply in Support of its Motion to Dismiss is extended to **October 23, 2015**.

| | | |
|---|---|---|
| 1 | Dated:  September 22, 2015 | ARMSTRONG TEASDALE LLP |
| 2 | | |
| 3 | | By:  /s/ *Richard L. Brophy* |
| 4 | | Richard L. Brophy |
| | | David W. Harlan |
| | | Charles W. Steese |
| 5 | | Mark A. Thomas |
| | | Zachary C. Howenstine |
| 6 | | |
| | | PAUL HASTINGS LLP |
| 7 | | Holly A. House |
| | | Sophie J. Sung |
| 8 | | |
| | | Attorneys for Plaintiff |
| 9 | | CAVE CONSULTING GROUP, INC. |
| 10 | | |
| | Dated:  September 22, 2015 | DORSEY & WHITNEY LLP |
| 11 | | |
| 12 | | |
| | | By:  /s/ *J. Thomas Vitt* |
| 13 | | Peter M. Lancaster |
| | | J. Thomas Vitt |
| 14 | | Patricia A. Welch |
| | | Forrest Tahdooahnippah |
| 15 | | David A. Couillard |
| 16 | | Attorneys for Defendant |
| | | OPTUMINSIGHT, INC. |
| 17 | | |
| 18 | | |
| 19 | Dated: 9/24/15 | IT IS SO ORDERED. |
| 20 | | /s/ Joseph C. Spero |
| | | Chief Magistrate Judge |

STIP. FOR EXTENSION TO RESPOND TO MOT. TO DISMISS

- 3 -

15502\4881768.2

## **ATTESTATION OF ELECTRONIC SIGNATURES**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: September 22, 2015                    ARMSTRONG TEASDALE LLP

By: /s/ *Richard L. Brophy*
Richard L. Brophy
David W. Harlan
Charles W. Steese
Mark A. Thomas
Zachary C. Howenstine

PAUL HASTINGS LLP
Holly A. House
Sophie J. Sung

Attorneys for Plaintiff
CAVE CONSULTING GROUP, INC.

STIP. FOR EXTENSION TO RESPOND TO MOT. TO DISMISS — - 4 -                15502\4881768.2