UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPTUMINSIGHT, INC.,<br><br>Defendant. | Case No. 15-cv-03424-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 124 |

On September 9, 2016, Plaintiff Cave Consulting Group, Inc. ("CCGroup") filed an administrative motion to file certain materials under seal. *See* Admin. Mot. (dkt. 124). CCGroup's only stated basis for sealing is that the material at issue was designated by Defendant OptumInsight, Inc. as "Confidential-Attorneys' Eyes Only" or "Highly Confidential-Attorneys' Eyes Only" under the parties' stipulated protective order. *See* Brophy Decl. (dkt. 124-1).

Civil Local Rule 79-5(e) provides that when a party moves to file under seal on the basis that another party has designated material as confidential, "the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable" within four days. Civ. L.R. 79-5(e)(1). That time has expired and OptumInsight has not filed a responsive declaration. The administrative motion is therefore DENIED, and CCGroup is ORDERED to file the material at issue in the public record no earlier than September 27, 2016 and no later than October 3, 2016. *See* Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: September 23, 2016

JOSEPH C. SPERO
Chief Magistrate Judge