UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC., <br> Plaintiff, <br> v. <br> OPTUMINSIGHT, INC.,, <br> Defendant. | Case No. 15-cv-03424-JCS <br><br> **ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 124, 132 |

Plaintiff Cave Consulting Group, Inc. ("CCGroup") filed an administrative motion (dkt. 132) to file certain documents under seal on the basis that Defendant OptumInsight, Inc. designated them as confidential under the parties' stipulated protective order. OptumInsight does not oppose public disclosure of those documents. *See* Bjorklund Decl. (dkt. 136). CCGroup's administrative motion is therefore DENIED, and CCGroup is instructed to file the documents at issue in the public record no later than October 12, 2016. *See* Civ. L.R. 79-5(f)(2).

The Court previously denied CCGroup's earlier administrative motion to seal other documents after OptumInsight failed to file a declaration in response, and in accordance with Local Rule 79-5(e)(2) ordered CCGroup to file the documents at issue in the public record no later than October 3, 2016. *See* Admin. Mot. (dkt. 124); Order (dkt. 128). CCGroup filed two of those documents, *see* dkt. 135, but did not file an unredacted version of its motion to compel, which was among the documents that the Court denied leave to file under seal. CCGroup is ORDERED to file an unredacted version of the motion to compel in the public record at its earlier opportunity, but in any event no later than October 12, 2016.

**IT IS SO ORDERED.**

Dated: October 5, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge