UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRUVEN HEALTH ANALYTICS, | Case No. 18-mc-80013-MEJ |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CAVE CONSULTING GROUP, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Cave Consulting Group, Inc. v. OptumInsight, Inc.*, 15-cv-03424-JCS.

**IT IS SO ORDERED.**

Dated: January 31, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge