UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OPTUMINSIGHT, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-03424-JCS<br><br>**NOTICE OF FILING UNDER SEAL** |

The Court has issued an order resolving the parties' motions for summary judgment and motions to exclude expert testimony, provisionally filed under seal to allow the parties an opportunity to seek redactions from the version that will eventually be filed in the public record. As stated in that order, any proposed redactions shall be filed within fourteen days, an updated joint case management statement shall be filed no later than September 27, 2019, and a case management conference will occur on October 4, 2019 at 2:00 PM.

**IT IS SO ORDERED.**

Dated: August 28, 2019

JOSEPH C. SPERO
Chief Magistrate Judge