UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPTUMINSIGHT, INC., <br><br> Defendant. | Case No. 15-cv-03424-JCS <br><br> **ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Re: Dkt. No. 373 |

Plaintiff Cave Consulting Group, Inc. ("CCGroup") moves to seal documents related to its motion for reconsideration of the Court's summary judgment order. *See* dkt. 373. CCGroup's motion is GRANTED as to exhibits 27 and 34 through 39 for the reasons stated in the declaration of Richard Brophy.

For the remaining material that CCGroup seeks to seal, CCGroup cites only Defendant OptumInsight, Inc.'s designation of that material as confidential as basis for sealing. OptumInsight did not file a responsive deadline stating reasons for sealing as required by Civil Local Rule 79-5(e)(1). CCGroup's motion is therefore DENIED as to that material, as well as all proposed redactions in its motion for reconsideration, and CCGroup shall file all such material in the public record no earlier than November 8, 2019 and no later than November 14, 2019. *See* Civ. L.R. 79-5(e)(2). If OptumInsight files its own motion to seal any of those documents before November 8, 2019, however, CCGroup shall not file any documents implicated by OptumInsight's motion until the Court acts on OptumInsight's motion. If OptumInsight files such a motion, it must include a statement of good cause for OptumInsight's failure to file a timely responsive declaration.

**IT IS SO ORDERED.**

Dated: November 4, 2019

JOSEPH C. SPERO
Chief Magistrate Judge