UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPTUMINSIGHT, INC.,<br><br>Defendant. | Case No. 15-cv-03424-JCS<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 380, 383, 385, 387, 390, 396 |

Plaintiff Cave Consulting Group, Inc. ("CCGroup") and Defendant OptumInsight, Inc. filed several administrative motions to file documents under seal in relation to motions previously adjudicated. Although the parties have now reached a settlement in principle, the Court nevertheless reviews the pending motions to seal to ensure that the public record of this action is complete.

OptumInsight's November 1, 2019 administrative motion (dkt. 380) is GRANTED for the reasons stated therein.

OptumInsight's administrative motion filed as docket entry 383 is a response to the Court's November 4, 2019 order (dkt. 382) denying in part a motion to seal filed by CCGroup because OptumInsight had not filed a responsive declaration to support its designation of documents as confidential. OptumInsight's motion at docket entry 383 is GRANTED as to all documents addressed therein, including sealing in full exhibits 1, 2, 3, 4, 5, 6, 15, 16, 17, 19, 23, 24, 25, 29, 30, 31, 32, 33, and 42;[1] OptumInsight's redactions to exhibits 7, 10, 11, 13, 26, 28, 40, and 43; and CCGroup's redactions to its brief. OptumInsight is ORDERED to file redacted versions of exhibits 7, 10, 11, 13, 26, 28, 40, and 43 in the public record no later than April 13, 2020.

---

[1] OptumInsight also requests sealing of exhibit 27, but the Court already granted CCGroup's motion to seal that exhibit.

1 OptumInsight does not seek sealing of exhibits 12, 20, or 21, and the Court's previous order
2 denying CCGroup's motion to seal those documents therefore stands. CCGroup is ORDERED to
3 file those three documents in the public record no later than April 13, 2020.

4 On November 15, 2019, CCGroup filed an administrative motion (dkt 385) to seal redacted
5 portions of an opposition brief, and to seal in full a fax cover sheet included as an exhibit in
6 support of that brief, based on OptumInsight's designations of confidentiality. OptumInsight filed
7 a responsive declaration identifying reasons for sealing the proposed redactions but declining to
8 pursue sealing of the fax cover sheet. *See* dkt. 386. CCGroup's motion is GRANTED as to the
9 redactions to its brief but DENIED as to the fax cover sheet. CCGroup is ORDERED to file the
10 fax cover sheet in the public record no later than April 13, 2020.

11 OptumInsight's November 20, 2019 administrative motion to seal (dkt. 387) is GRANTED
12 in full: as to the exhibit D, exhibit E, and the redactions to OptumInsight's brief for the reasons
13 stated in the administrative motion and supporting declarations, and as to exhibits B, C, F, and G
14 for the reasons stated in CCGroup's responsive declaration filed as docket entry 392.

15 OptumInsight's November 25, 2019 administrative motion to seal (dkt. 390) is GRANTED
16 in full: as to exhibits 5 through 7 for the reasons stated in the administrative motion and supporting
17 declarations, and as to exhibits 2 through 4 for the reasons stated in CCGroup's responsive
18 declaration filed as docket entry 393.

19 CCGroup's December 6, 2019 administrative motion (dkt. 396) to seal redacted portions of
20 a reply brief is GRANTED IN PART for the reasons stated in OptumInsight's responsive
21 declaration (dkt. 397). OptumInsight concedes that some of the proposed redactions relate to
22 information that it previously consented to filing in the public record. The parties are ORDERED
23 to confer via email, telephone, or other remote means and confirm agreement on the portions of
24 the brief that need not be sealed no later than April 9, 2020. CCGroup is ORDERED to file a
25 revised redacted version of the reply brief in the public record no later than April 13, 2020.

26 **IT IS SO ORDERED.**

27 Dated: April 6, 2020

JOSEPH C. SPERO
Chief Magistrate Judge